AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sandoval, Brian E | 2. Court or Organization<br><br>District Court-Nevada | 3. Date of Report<br><br>03/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>400 S. Virginia Street, 8th Fl<br>Reno, NV 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 03/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | The Children's Cabinet-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 03/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney-FMA Plus | A | Interest | J | T | | | | | |
| 2. Smith Barney-Scholars Choice | A | Dividend | J | T | | | | | |
| 3. Smith Barney-Regular | A | Interest | J | T | | | | | |
| 4. Smith Barney-Regular | A | Interest | J | T | opened | 7-9 | J | | |
| 5. Berkshire Hathaway, Inc. Class B | A | Dividend | J | T | | | | | |
| 6. Wachovia-Deposit Account | A | Interest | J | T | | | | | |
| 7. Nevada State Treasurer Prepaid Tuition Program | | None | K | W | | | | | |
| 8. Hartford Variable Director VI-Individual Variable Annuity | A | Dividend | K | T | | | | | |
| 9. IRA #1 | | | | | | | | | |
| 10. Diamonds Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Powershares QQQ TR SER 1 Mutual Fund | A | Dividend | J | T | | | | | See Note #2, Part VIII |
| 12. IRA #2 | | | | | | | | | |
| 13. TIERS Series S&P 2003-10 Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Alliance Bernstein FDS LargeCapGrowth FDClass B Mutual Fund | A | Dividend | J | T | | | | | |
| 15. John Hancock Small Cap Equity FD Class A Mutual Fund | A | Dividend | J | T | | | | | See Note #3, Part VIII |
| 16. John Hancock Regional Bank Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 17. John Hancock Regional Bank Class B Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #3 | | | | | | | | | |
| 19. RVS VP Large Cap Equity Fund | A | Dividend | J | T | | | | | |
| 20. AIM V.I. Core Equity Fund | A | Dividend | J | T | | | | | |
| 21. Putnam VT New Opportunity Fund | A | Dividend | J | T | | | | | |
| 22. IRA #3 | | | | | | | | | |
| 23. Ameriprise Trust Co. Mid Cap Growth Fund-B | A | Dividend | J | T | | | | | |
| 24. Ameriprise Trust Co. Large Cap Equity-B | A | Dividend | J | T | | | | | |
| 25. Ameriprise Trust Co. Growth Fund-B | A | Dividend | J | T | | | | | |
| 26. Ameriprise Trust Co. Global Equity Fund-B | A | Dividend | J | T | | | | | |
| 27. Ameriprise Trust Co. RVS Agg. Growth Fund B | A | Dividend | J | T | | | | | |
| 28. Riversource Flexible Portfolio Annuity, TSA | A | Dividend | J | T | | | | | See Note #5, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 03/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Line 5 of the 2006 Financial Disclosure Report has been removed from the 2007 Report. This item was fully redeemed in 2006 and thus is not reported in 2007.

2. Part VII, Line 11 reflects a unilateral renaming of the fund listed in Part VII, Line 11 of the 2006 Financial Disclosure Report as "NASDAQ 100 Trust Ser 1 Mutual Fund" to "Powershares QQQ TR SER 1 Mutual Fund." The change is not a redemption because shares were not redeemed. Only the fund name was changed.

3. Part VII, Line 15 reflects a change of description of the fund listed in Part VII, Line 15 of the 2006 Financial Disclosure Report from "John Hancock Small Cap Growth FD Class A Mutual Fund" to "John Hancock Small Cap Equity FD Class A Mutual Fund." The fund was mistakenly identified as a "Growth" fund rather than an "Equity" fund in the 2006 Financial Disclosure Report.

4. Part VII, Lines 18-24 of the 2006 Financial Disclosure Report have been removed from the 2007 Report. These items were fully redeemed and transferred to my Thrift Savings Account in 2006 and thus are not reported in 2007.

5. Part VII, Line 28 reflects a new entry for "Riversource Flexible Portfolio Annuity, TSA", which is part of ▉▉▉▉▉ IRA. This entry was omitted from the 2005 and 2006 Financial Disclosure Reports through oversight.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544